# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mirella Amelia Bulawa
aka Mirella A. Bulawa
aka Mirella Bulawa
**Debtor(s)**

Mirella Amelia Bulawa
**Plaintiff(s)**

vs.

Salvatore ALBANESE
**Defendant(s)**

Chapter 13

Case No. 5:23–bk–01631–MJC

Adversary No. 5:23–ap–00043–MJC

Document Number: 1

Matter: Adversary Complaint

## Entry of Default

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**Name: Salvatore ALBANESE**

Therefore, default is entered against the defendant according to law pursuant to Fed. R. Bankr. P. 7055(a) and application for default judgment may be made pursuant to Fed. R. Bankr. P. 7055(b)(2).



s/Terrence S. Miller
_____
Terrence S. Miller
Clerk, U.S. Bankruptcy Court
197 S Main Street
Wilkes-Barre, PA 18701

Dated: October 27, 2023

default(05/18)